

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00251-CV

David **LOPEZ** and George Chumillo,
Appellants

v.

Desiree **SOLIS**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02871
Honorable Nicole Garza, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Velia J. Meza, Justice

Delivered and Filed: May 28, 2025

DISMISSED

Appellants have filed a motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1. The motion is granted. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Per the parties' agreement, each party shall bear their respective costs of appeal. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM